Joel M. Miller
Charles R. Jacob III
Jeremy M. Sher
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYDIAN PRIVATE BANK,
d/b/a VIRTUALBANK,

          Plaintiff,

-against-

STEVEN M. LEFF, RICHARD A. LEFF,
RACHEL M. LEFF, and NATIONAL
SETTLEMENT AGENCY, INC.,

          Defendants.

Judge Berman

Case 07 CIV 8173 (RMB)

ECF Case

**RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Lydian Private Bank, d/b/a VirtualBank ("VirtualBank"), a nongovernmental corporate party, certifies that VirtualBank is a wholly-owned subsidiary of Lydian Trust Company.

Dated: September 18, 2007

                                          MILLER & WRUBEL P.C.

                                          By:_____
                                              Joel M. Miller
                                              Charles R. Jacob III
                                              Jeremy M. Sher
                                              250 Park Avenue
                                              New York, New York 10177
                                              (212) 336-3500
                                              *Attorneys for Plaintiff*
                                              *Lydian Private Bank,*
                                                 *d/b/a VirtualBank*