Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LYDIAN PRIVATE BANK, d/b/a VIRTUALBANK,

       Plaintiff(s),

  -against-                                        AFFIDAVIT OF SERVICE
                                                              07 CIV 8173

STEVEN M. LEFF, RICHARD A. LEFF, et al.,

       Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK  )
                           S.S.:
COUNTY OF ALBANY  )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 19TH day of September, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT AND RULE 7.1. STATEMENT AND INDIVIDUAL PRACTICES OF JUDGE RICHARD M. BERMAN AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER AND ECF INSTRUCTIONS AND ECF GUIDELINES AND PROCEDURES upon NATIONAL SETTLEMENT AGENCY, INC., in this action, by delivering to and leaving with MARYBETH HUYCK an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306, Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

MARYBETH HUYCK is a white female, approximately 40 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 135 pounds with blonde hair and brown eyes.

_DEBORAH LaPOINTE_
DEBORAH LaPOINTE

Sworn to before me this
19TH day of September, 2007

_____
NOTARY PUBLIC
Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com