Joel M. Miller
Charles R. Jacob III
Jeremy M. Sher
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYDIAN PRIVATE BANK, d/b/a VIRTUALBANK, <br><br> Plaintiff, <br><br> -against- <br><br> STEVEN M. LEFF, RICHARD A. LEFF, RACHEL M. LEFF, and NATIONAL SETTLEMENT AGENCY, INC., <br><br> Defendants. | Case No. 07-CIV-8173 (LTS) <br><br> ECF Case |

### CERTIFICATE OF SERVICE

I hereby certify that on the 26th of September, 2007, I caused copies of the

Initial Conference Order, dated September 21, 2007, to be sent by facsimile and First

Class Mail to:

>Michael L. Soshnick, Esq.
>190 Willis Avenue, Ste. 112
>Mineola, New York 11501
>Facsimile: (516) 294-5465
>Attorney for Steven M. Leff

>Jonathan B. Bruno, Esq.
>Kaufman Borgeest & Ryan LLP
>99 Park Avenue, 19th Floor
>New York, New York 10016
>Facsimile: (212) 980-9291
>Attorney for Richard A. Leff

to be sent by hand delivery and First Class Mail to:

>   Larry Morrison, Esq.
>   220 East 72nd Street, 25th Floor
>   New York, New York 10021
>   Attorney for Rachel M. Leff

and to be sent by First Class Mail to:

>   National Settlement Agency, Inc.
>   c/o Richard A. Leff, Esq., as General Counsel
>   10 Park Road
>   Short Hills, New Jersey 07078
>
>   National Settlement Agency, Inc.
>   404 Park Avenue South
>   5th Floor
>   New York, New York 10016

Dated: September 26, 2007

>                    MILLER & WRUBEL P.C.
>
>                    By: /s/ Joel M. Miller
>                    Joel M. Miller
>                    Charles R. Jacob III
>                    Jeremy M. Sher
>                    250 Park Avenue
>                    New York, New York 10177
>                    (212) 336-3500
>                    Attorneys for Plaintiff
>                    Lydian Private Bank,
>                        d/b/a VirtualBank