Joel M. Miller
Charles R. Jacob III
Jeremy M. Sher
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYDIAN PRIVATE BANK,
d/b/a VIRTUALBANK,

                Plaintiff,

-against-

STEVEN M. LEFF, RICHARD A. LEFF,
RACHEL M. LEFF, and NATIONAL
SETTLEMENT AGENCY, INC.,

                Defendants.

Case No. 07 Civ. 8173 (LTS)

ECF Case

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th of September, 2007, I caused copies of the Summons, Complaint, Rule 7.1 Statement, Individual Practices of Judge Richard M. Berman, Individual Practices of Magistrate Judge Michael H. Dolinger, 3d Amended Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing, and Procedures for Electronic Case Filing to be sent by overnight delivery service to:

    Michael L. Soshnick, Esq.
    190 Willis Avenue, Ste. 112
    Mineola, New York 11501

    *Attorney for Defendant*
    *Steven M. Leff*

    I further certify that Michael L. Soshnick agreed to accept service of the summons on defendant Steven M. Leff's behalf. A copy of Mr. Soshnick's letter accepting service on Steven M. Leff's behalf, dated September 21, 2007, is attached hereto as Exhibit A.

Dated: September 28, 2007

              MILLER & WRUBEL P.C.

            By: _/s/ Jeremy Sher_
              Joel M. Miller
              Charles R. Jacob III
              Jeremy M. Sher
              250 Park Avenue
              New York, New York 10177
              (212) 336-3500

              *Attorneys for Plaintiff*
              *Lydian Private Bank,*
               *d/b/a VirtualBank*