Joel M. Miller
Charles R. Jacob III
Jeremy M. Sher
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYDIAN PRIVATE BANK, d/b/a VIRTUALBANK,<br><br>                    Plaintiff,<br><br>    -against-<br><br>STEVEN M. LEFF, RICHARD A. LEFF, RACHEL M. LEFF, and NATIONAL SETTLEMENT AGENCY, INC.,<br><br>                    Defendants. | Case No. 07 Civ. 8173 (LTS)<br><br>ECF Case |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Haynee C. Kang, being duly sworn, deposes and says:

1. I am over the age of 18 years and am not a party to this action. My business address is Miller & Wrubel P.C., 250 Park Avenue, New York, New York 10177.

2. On October 26, 2007, pursuant to the Court's directive, I served the Order, dated October 22, 2007, granting plaintiff leave to move for default judgment as against defendants National Settlement Agency, Inc. and Steven M. Leff upon:

Michael Soshnick
190 Willis Avenue, Suite 112
Mineola, New York 11501
By Facsimile (516) 294-5465 and Federal Express

Jonathan B. Bruno
Kaufman, Borgeest & Ryan, LLP
99 Park Avenue, 19th Floor
New York, New York 10016
By Facsimile (212)980-9291 and Federal Express

National Settlement Agency, Inc.
c/o Richard A. Leff, Esq., as General Counsel
10 Park Road
Short Hills, New Jersey 07078
By Federal Express.

_____
Haynee C. Kang

Sworn to before me this
26th day of October 2007

_____
Notary Public

GERI GOODWIN
Notary Public, State of New York
No. 01GO6038993
Qualified in Westchester County
Commission Expires March 20, 2010