# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 07CV8173                                         Date Filed: _____

Plaintiff:
**LYDIAN PRIVATE BANK d/b/a VIRTUALBANK,**

vs.

Defendant:
**STEVEN M. LEFF, ET AL.,**

For:
MILLER & WRUBEL, P.C.
250 Park Avenue
New York, NY  10177-0001

Received by DLS on the 1st day of November, 2007 at 9:35 am to be served on **RACHEL M LEFF, 15 ANVIL COURT, EAST HAMPTON, NY 11937**.

I, Joseph Hirsch Sr., being duly sworn, depose and say that on the **5th day of November, 2007** at **10:12 am**, I:

**AFFIXED** a true copy of the **SUMMONS, COMPLAINT, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING AND GUIDLINES FOR ELECTRONIC CASE FILING** to the door at the address of: **15 ANVIL COURT, EAST HAMPTON, NY 11937**, the same being the defendant/respondent's place of **Abode** within the State of New York.  Deponent completed service by mailing a true copy of the **SUMMONS, COMPLAINT, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING AND GUIDLINES FOR ELECTRONIC CASE FILING** in a postpaid envelope to the address of: **15 ANVIL COURT, EAST HAMPTON, NY 11937** bearing the words "Personal & Confidential" by First Class Mail on **11/7/2007** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon information and belief the defendant is not in the military service of the United States.

**Additional Information pertaining to this Service:**
ADDITIONAL ATTEMPTS WERE MADE ON 11/2/2007 @ 7:26 PM, 11/3/2007 @ 2:40 PM  11/5/2007 @ 7:15 AM.  ADDRESS WAS CONFIRMED WITH MAIL.

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

Joseph Hirsch Sr.
Process Server

Subscribed and Sworn to before me on the 7th day of November, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 2010

DLS
401 Broadway
Suite 510
New York, NY  10013
(800) 443-1058
Our Job Serial Number: 2007005172
Ref: 128951

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t