Joel M. Miller
Charles R. Jacob III
Jeremy M. Sher
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYDIAN PRIVATE BANK,
d/b/a VIRTUALBANK,

               Plaintiff,

-against-

STEVEN M. LEFF, RICHARD A. LEFF,
RACHEL M. LEFF, and NATIONAL
SETTLEMENT AGENCY, INC.,

               Defendants.

Case No. 07 Civ. 8173 (LTS)

ECF Case

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th of September, 2007, I caused copies of the Summons, Complaint, Rule 7.1 Statement, Individual Practices of Judge Richard M. Berman, Individual Practices of Magistrate Judge Michael H. Dolinger, 3d Amended Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing, and Procedures for Electronic Case Filing to be sent by overnight delivery service to:

    Michael L. Soshnick, Esq.
    190 Willis Avenue, Ste. 112
    Mineola, New York 11501

    *Attorney for Defendant*
    *Steven M. Leff*

I further certify that Michael L. Soshnick agreed to accept service of the summons on defendant Steven M. Leff's behalf. A copy of Mr. Soshnick's letter accepting service on Steven M. Leff's behalf, dated September 21, 2007, is attached hereto as Exhibit A.

Dated: September 28, 2007

                                      MILLER & WRUBEL P.C.

                                      By: _____
                                           Joel M. Miller
                                           Charles R. Jacob III
                                           Jeremy M. Sher
                                           250 Park Avenue
                                           New York, New York 10177
                                           (212) 336-3500

                                           *Attorneys for Plaintiff*
                                           *Lydian Private Bank,*
                                              *d/b/a VirtualBank*

09/24/2007 03:33   516-294-5465                MICHAEL SOSHNICK ATY                     PAGE 01/01

# MICHAEL L. SOSHNICK
*Attorney at Law*
190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE

TEL (516) 294-1111
FAX (516) 294-5465

September 21, 2007

Jeremy M. Sher, Esq.
Miller & Wrubel P.C.
250 Park Avenue
New York, NY 10177-0699

Re: Lydian Private Bank, d/b/a VirtualBank v. Steven M. Leff, et al.
(S.D.N.Y. 07 Civ. 8173 (RMB))

Dear Mr. Sher:

Thank you for your letter dated September 19, 2007 which I received with the referenced enclosures. I hereby accept service on behalf of my client, Steven M. Leff. You may also forward the same package to me again, inasmuch as I am authorized to accept service on behalf of Richard A. Leff.

It is anticipated that Richard A. Leff will be represented by Kaufman Borgeest & Ryan LLP, and you may wish to send a courtesy copy of the summons, complaint and related papers to Jonathan Bruno, Esq. of Kaufman Borgeest & Ryan LLP which is located at 99 Park Avenue, New York 10016.

Thank you.

Very truly yours,

Michael L. Soshnick

MLS:kad