UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

LYDIAN PRIVATE BANK, d/b/a
VIRTUALBANK,

       Plaintiff,

  -v-                                        No. 07 Civ. 8173 (LTS)(MHD)

STEVEN M. LEFF et al.,

       Defendants.                    ORDER

-------------------------------------------------------x

       This matter having been commenced by the filing of a complaint on September 18, 2007, and the Defendants National Settlement Agency, Inc. and Steven M. Leff having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment, it is hereby

       ORDERED, that the plaintiff may make a motion for a default judgment; and it is further

       ORDERED, that such motion for default judgment shall be served on the Defendants National Settlement Agency, Inc. and Steven M. Leff and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

       ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

       ORDERED, that plaintiff shall serve a copy of this Order on Defendants National Settlement Agency, Inc. and Steven M. Leff and file proof of such service within ten (10) days from the date hereof.

Dated: New York, New York
       October 22, 2007

                                                     /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge

DEFPROVE.FRM    Version 10/18/07

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: OCT 23 2007]