UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYDIAN PRIVATE BANK, d/b/a VIRTUALBANK,<br><br>       Plaintiff,<br><br>-against-<br><br>STEVEN M. LEFF, RICHARD A. LEFF, RACHEL M. LEFF, and NATIONAL SETTLEMENT AGENCY, INC.,<br><br>       Defendants. | Case No. 07 Civ. 8173 (LTS)(MHD)<br><br>ECF Case |

### CERTIFICATE OF SERVICE

I hereby certify that on the 29th of November, 2007, I caused true and correct copies of the Order to Show Cause Why Default Judgment Should Not Be Entered, dated November 29, 2007, and all supporting papers to be sent by first class mail to:

  National Settlement Agency, Inc.
  404 Park Avenue South
  New York, New York 10016

and by Federal Express overnight delivery service to:

  Michael L. Soshnick, Esq.
  190 Willis Avenue, Ste. 112
  Mineola, New York 11501

  Jonathan B. Bruno, Esq.
  Kaufman, Borgeest & Ryan LLP
  99 Park Avenue, 19th Floor
  New York, New York 10016

  Lawrence F. Morrison, Esq.
  220 East 72nd Street
  New York, New York 10021

Dated: November 29, 2007

                                                                 */s/ Jeremy M. Sher*
                                                                 Jeremy M. Sher