UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Lydian Private Bank d/b/a Virtualbank,

                Plaintiff(s),

-v-

Steven M. Leff, Rachel M. Leff, Richard A. Leff and
National Settlement Agency,

                Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 3 2007

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 8173 (LTS)(GWG)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | | Purpose: _____ |
| | | ___ | Habeas Corpus |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ | Social Security |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion: _____ |
| | | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
              December 3, 2007

                                              LAURA TAYLOR SWAIN
                                              United States District Judge