Joel M. Miller
Charles R. Jacob III
Jeremy M. Sher
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYDIAN PRIVATE BANK, d/b/a VIRTUALBANK,<br><br>                    Plaintiff,<br><br>         -against-<br><br>STEVEN M. LEFF, RICHARD A. LEFF, RACHEL M. LEFF, and NATIONAL SETTLEMENT AGENCY, INC.,<br><br>                    Defendants. | Case No. 07 Civ. 8173 (LTS)(GWG)<br><br>ECF Case |

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th of December, 2007, I caused copies of the

Pre-Trial Scheduling Order, dated December 3, 2007, to be sent by first class mail to:

Michael L. Soshnick, Esq.
190 Willis Avenue, Ste. 112
Mineola, New York 11501

Jonathan B. Bruno, Esq.
Kaufman Borgeest & Ryan LLP
99 Park Avenue, 19th Floor
New York, New York 10016

Larry Morrison, Esq.
220 East 72nd Street, 25th Floor
New York, New York 10021

National Settlement Agency, Inc.
404 Park Avenue South, 5th Floor
New York, New York 10016

Dated: December 13, 2007

          MILLER & WRUBEL P.C.

        By: _____
          Jeremy M. Sher
          250 Park Avenue
          New York, New York 10177
          (212) 336-3500

        *Attorneys for Plaintiff*
        *Lydian Private Bank,*
         *d/b/a VirtualBank*