**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

------------------------------------------------------------X
LYDIAN PRIVATE BANK, d/b/a VIRTUALBANK,

Plaintiff,

-against-

NATIONAL SETTLEMENT AGENCY, INC., et al.,

Defendants.
------------------------------------------------------------X

07 **CIVIL** 8173 (LTS)

**DEFAULT JUDGMENT**

#07, 2408

Plaintiff having moved for a default judgment against two defendants, National Settlement Agency, Inc. and Steven M. Leff, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court thereafter, on December 17, 2007 having rendered its Memorandum Order that there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b), entering judgment against defendants, National Settlement Agency, Inc. and Steven M. Leff, jointly and severally, in the amount of $1,398,024.85, plus pre-judgment interest at the rate of 9% from June 30, 2007, to date (totaling $58,602.40), for a total judgment of $1,456,627.25, it is,

**ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Memorandum Order dated December 17, 2007, that there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b), judgment is entered against defendants, National Settlement Agency, Inc. and Steven M. Leff, jointly and severally, in the amount of $1,398,024.85, plus pre-judgment interest at the rate of 9% from June 30, 2007, to date (totaling $58,602.40), for a total judgment of $1,456,627.25.

**Dated:** New York, New York
         December 19, 2007

**J. MICHAEL McMAHON**
_____
**Clerk of Court**

**BY:**
_____
**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON _____**