UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

LYDIAN PRIVATE BANK d/b/a VIRTUALBANK,    :

         Plaintiff,    :

   :    **07-CV-8173 (LTS)(GWG)**

   -against-    :    **REVISED PRE-TRIAL SCHEDULING ORDER**

STEVEN M. LEFF, RICHARD A. LEFF, RACHEL M.    :
LEFF, and NATIONAL SETTLEMENT AGENCY, INC.,    :

         Defendants.

-------------------------------------------------------------------- x

The Scheduling Order is hereby revised as follows:

2.    Discovery

   a.    All non-expert discovery witness discovery in this matter shall be completed by **October 3, 2008.**

   b.    Plaintiff shall make expert witness disclosures described in Rule 26(a)(2) of the Federal Rules of Civil Procedure no later than **45 days before the date set forth in paragraph 2.c. below.** Defendant(s) shall make such disclosures no later than **20 days before the date set forth in paragraph 2.c. below.** Such disclosures shall be made in writing, signed and served, but shall not be filed with the Court.

   c.    All expert witness discovery shall be completed by **October 3, 2008.**

3.    Dispositive Pre-Trial Motions

Dispositive motions, if any, seeking resolution, in whole or in part, of the issues to be raised at trial shall be served and filed on or before **November 30, 2008.** All other parts of paragraph 3 of the Pre-Trial Scheduling Order dated December 3, 2007 remain unchanged.

4.    Other Pre-Trial Motions

Other motions, including but not limited to motions in limine relating to evidentiary issues, must be field and served no later than thirty (30) days before **the date set forth in paragraph 9 below,** unless otherwise allowed by the Court for good cause shown.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

5.    Preliminary Conference

      Counsel for the parties shall confer preliminarily at least forty-five (45) days before **the
      date set forth in paragraph 9 below**. All other parts of paragraph 5 of the Pre-Trial
      Scheduling Order dated December 3, 2007 remain unchanged.

6.    Joint Pre-Trial Statement

      Counsel for all parties shall confer and shall prepare, execute and file with the Court,
      with one courtesy copy provided to chambers of the Hon. Laura T. Swain, no later than
      ten (10) days before **the date set forth in paragraph 9 below**, a single document
      captioned JOINT PRE-TRIAL STATEMENT. All other parts of paragraph 6 of the Pre-
      Trial Scheduling Order dated December 3, 2007 remain unchanged.

7.    Proposed Voir Dire, Requests to Charge and Verdict Form

      Paragraph 7 of the Pre-Trial Scheduling Order dated December 3, 2007 remains
      unchanged except that the deadline for service/filing of the proposed voir dire, joint
      requests to charge and verdict form shall be no later than five (5) business days before
      **the Final Pre-Trial Conference date set forth in paragraph 9 below**.

8.    Proposed Findings of Fact and Conclusions of Law

      Paragraph 8 of the Pre-Trial Scheduling Order dated December 3, 2007 remains
      unchanged except that the deadline for service of the proposed findings of fact and
      conclusions of law shall be served/filed no later than five (5) business days before **the
      Final Pre-Trial Conference date set forth in paragraph 9 below**.

9.    Interim Pre-Trial Conference

      Adjourned sine die.

10.   Final Pre-Trial Conference

      The parties are directed to appear before the Hon. Laura T. Swain in Courtroom No. 17C,
      500 Pearl Street, New York, 10007, for a final pretrial conference on March 20, 2009 at
      11 a.m. All other parts of paragraph 9 of the Pre-Trial Scheduling Order dated December
      3, 2007 remain unchanged.

Dated:    _August 29_, 2008
          New York, New York

                                                    SO ORDERED

                                                    _____
                                                    Gabriel W. Gorenstein
                                                    United States Magistrate Judge